

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00835-CV

**IN THE INTEREST OF A.A.E.**, J.A.E., and G.S.G., Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01456
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the counsel's motion to withdraw is DENIED, and the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED April 10, 2019.

_____
Rebeca C. Martinez, Justice